In the Matter of JOHN F. ROONEY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued February 28, 1939; decided April 4, 1939.

634

*William C. Chanler*, Corporation Counsel (*Edward J. McGratty, Jr.*, *Paxton Blair* and *Nicholas Bucci* of counsel), for appellant.

*Leonard M. Wallstein*, *Benjamin Menschel* and *Joseph J. Einhorn* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.